FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ SEP 20 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LENORE H. KARAMATH,

                Plaintiff,

-against-

U.S. BANK, N.A., and IMPAC FUNDING
CORPORATION d/b/a IMPAC LENDING GROUP,

                Defendants.

-----------------------------------------------------------------X

ORDER

11-CV-1557 (NGG) (RML)

NICHOLAS G. GARAUFIS, United States District Judge.

      Plaintiff Lenore H. Karamath brings suit against Defendants U.S. Bank, N.A., and Impac Funding Corporation, d/b/a Impac Lending Group, alleging common law fraud, violations of the New York State Banking Law, and violations of the New York State General Business Law. (Compl. (Docket Entry #1) at 8-21.) Plaintiff seeks damages, attorneys' fees, and injunctive relief. (Compl. at 22-23.) Defendants have moved to dismiss Plaintiff's Complaint for failure to state a claim for which relief can be granted. (Docket Entry ## 17, 21.) The court referred Defendants' motions to Magistrate Judge Robert M. Levy for report and recommendation. (Nov. 18, 2011, Order.) Judge Levy has since issued his Report and Recommendation ("R&R"), in which he recommended granting Defendants' motions. (R&R (Docket Entry #32) at 17.)

      No party has objected to Judge Levy's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Accordingly, the court reviews Judge Levy's R&R for clear error. Cf. 28 U.S.C. § 636(b)(1). Having reviewed Judge Levy's R&R, the court finds no clear error and adopts it in its entirety. See Porter v. Potter, 219 F. App'x 112, 113 (2d Cir. 2007). Accordingly,

the court GRANTS Defendants' motions to dismiss with prejudice.   The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
      September 17, 2012

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge

2